COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Kaylen Dewayne Simmons v. The State of Texas

Appellate case number:    01-13-00930-CR

Trial court case number:   12-CR-2519

Trial court:                        212th District Court of Galveston County

　　　Appellant has filed a "Motion to Recall Mandate" because he has filed a Petition for Writ of Certiorari with the Supreme Court of the United States.  The motion is **granted**.  This Court **orders** that the Clerk of the Court withdraw the mandate issued on April 10, 2015.

Judge's signature: /s/ Rebeca Huddle
　　　　　　　　　　　　☑ Acting individually    ☐ Acting for the Court

Date: May 5, 2015